UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCISCA AMADOR-ROSAS,<br><br>         Plaintiff,<br>v.<br><br>BODEGA LATINA CORPORATION,<br><br>         Defendant. | Case No. 2:16-cv-02216-APG-PAL<br><br>ORDER<br><br>(Mot Ext Disc – ECF No. 17)<br>(Stip Ext Disc – ECF No. 19) |

The court conducted a hearing on December 6, 2016, on Defendant's Motion to Extend Discovery Deadlines (ECF No. 17), and subsequently filed Stipulation and proposed Order to Extend Discovery Plan and Deadlines (ECF No. 19). Lewis Gazda appeared telephonically for Plaintiff. Michael Mills appeared on behalf of Defendant. The court discussed the discovery needs of counsel, their progress to date and the discovery that needs to be completed. The court is not satisfied that the parties have shown good cause for a 120-day extension and will deny their stipulation but will grant a 60-day extension of the discovery cutoff and related case management deadlines. Accordingly,

**IT IS ORDERED** that:

1. The parties' Stipulation to Extend Discovery (ECF No. 19) is **DENIED**.
2. Defendant's Motion to Extend Time is **GRANTED** to the limited extent that discovery and related deadlines will be extended by 60 days, and **DENIED** in all other respects. The following discovery plan and scheduling order deadlines shall apply:
   a. Last date to complete discovery: **April 14, 2017.**
   b. Last date to amend pleadings and add parties: **January 14, 2017.**
   c. Last date to file interim status report: **February 13, 2017.**

    d.  Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **February 13, 2017.**

    e.  Last date to disclose rebuttal experts: **March 15, 2017.**

    f.  Last date to file dispositive motions: **May 14, 2017.**

    g.  Last date to file joint pretrial order: **June 14, 2017**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

    h.  The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

    i.  Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **March 24, 2017,** and shall fully comply with the requirements of LR 26-4.

    j.  Applications for any additional extensions will be scrutinized for a showing of good cause and that the parties could not complete discovery within the extended time allowed despite the exercise of due diligence.

DATED this 6th day of December, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE